IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Louie, Beatrice

Printed: 4/8/08

Case Number: 07 B 09253
Judge: Wedoff, Eugene R
Filed: 5/21/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: February 21, 2008
Confirmed: October 18, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,513.05 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,431.35 |
| Trustee Fee: |  | 81.70 |
| Other Funds: |  | 0.00 |
| Totals: | 1,513.05 | 1,513.05 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 2,523.00 | 1,431.35 |
| 2. | Accredited Home Lenders | Secured | 0.00 | 0.00 |
| 3. | Bank Of New York | Secured | 0.00 | 0.00 |
| 4. | Gleneagle Trail Condominium Association | Secured | 0.00 | 0.00 |
| 5. | Bank Of New York | Secured | 17,197.57 | 0.00 |
| 6. | Accredited Home Lenders | Secured | 3,100.00 | 0.00 |
| 7. | RMI/MCSI | Unsecured | 1,538.47 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 433.76 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 1,020.52 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 1,321.39 | 0.00 |
| 11. | Associates/Citibank | Unsecured |  | No Claim Filed |
| 12. | Capital One | Unsecured |  | No Claim Filed |
| 13. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 14. | Discover Financial Services | Unsecured |  | No Claim Filed |
| 15. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 16. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 17. | Pellettieri & Associates | Unsecured |  | No Claim Filed |
| 18. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 27,134.71 | $ 1,431.35 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 81.70 |
|  | _____ |
|  | $ 81.70 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Louie, Beatrice

Printed:  4/8/08

Case Number:  07 B 09253
Judge:  Wedoff, Eugene R
Filed:  5/21/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

